IN THE UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LINDGREN CHYI, et al. | * | CASE NO.:   3:13-cv-00308-TMR (Judge Thomas M. Rose) |
| Plaintiffs, | * | |
| vs. | * | |
| INTUITIVE SURGICAL, et al. | * | <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u> |
| Defendants. | * | |

_____

Pursuant to the tolling agreement entered into with Defendants, Plaintiffs hereby give notice of dismissal of the case at bar pursuant to Fed. Civ. R. 41(a).  Said dismissal is being made without prejudice with the right to refile within one (1) year of the date of dismissal.

Respectfully submitted,


<u>s/Dwight D. Brannon</u>
Dwight D. Brannon (0021657)
Attorney for Plaintiffs
BRANNON & ASSOCIATES
130 W. Second St.   Suite 900
Dayton, OH   45402
Telephone:   (937) 228-2306
Facsimile:    (937) 228-8475
E-Mail:       dbrannon@branlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via the Federal Electronic Filing System of the date of filing same.

<u>s/Dwight D. Brannon</u>